**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00558-CR**
**No. 05-22-00559-CR**

**JACOB ANDREW ALBIAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-56926-M, F18-56927-M**

**ORDER**

The State's second motion for extension of time to file its brief is **GRANTED**, and the brief received January 10, 2023 is **ORDERED** filed as of the date of this order.

                                        /s/    ERIN A. NOWELL
                                                JUSTICE